UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Sondra E. Birch-Hilts aka Sondra E. Birch<br>Debtor<br><br>Address: 187B Miller Road, Canaan, N.Y. 12029<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 2860<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 18-11028-1-rel<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF PLAN

Shellpoint Mortgage Servicing, a secured creditor (hereinafter "Secured Creditor") of the debtor(s) in this case, objects to the confirmation of the chapter 13 plan proposed by the Debtor(s) and filed on June 11, 2018 and as grounds therefore would show the court that the plan does not provide for the Secured Creditor to receive the value of its claim in violation of 11 U.S.C. § 1325(a)(5)(B)(ii).

WHEREFORE, Secured Creditor prays that the court sustain its objection and deny confirmation of the debtors plan and for such other relief as is just and equitable.

Dated: August 20, 2018
Rockville Centre, New York

/s/ Ted Eric May
By: Ted Eric May, Esq.
Sheldon May & Associates, P.C.
Attorney for Secured Creditor
255 Merrick Road
Rockville Centre, New York 11570
(516) 763 - 3200

UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Sondra E. Birch-Hilts aka Sondra E. Birch<br>　　　　Debtor<br><br>Address: 187B Miller Road, Canaan, N.Y. 12029<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): 2860<br><br>Employer Tax-Identification (EIN) No(s).(if any): | Case Number 18-11028-1-rel<br><br>Chapter  13 |

Affidavit of Service of the Notice of Appearance and Request for Service of Papers

State of New York, County of Nassau) ss.:

I, the undersigned, being duly sworn, deposes and says:

(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On August 20, 2018, I served the Objection to Confirmation of the Plan, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | Sondra E. Birch-Hilts aka Sondra E. Birch<br>187B Miller Road, Canaan, N.Y. 12029 |
|---|---|
| Debtor | Sondra E. Birch-Hilts aka Sondra E. Birch<br>38 Wildwood Ln Canaan, NY 12029-2314 |
| Debtor's Attorney | Jonathan D. Warner Warner & Warner, PLLC<br>6 Automation Lane Suite 109 Albany, NY 12205 |
| Trustee | Andrea E. Celli-Trustee Chapter 13 Standing Trustee<br>7 Southwoods Boulevard Albany, NY 12211 |

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charmayne D. Fulton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Charmayne D. Fulton

Sworn to before me this
20th day of August 2018
/s/ Jessica S. Snyder
Notary Public
No. 01SN5085564
Qualified in Nassau County
My commission expires 9/29/2021

CASE NUMBER: 18-11028-1-rel

United States Bankruptcy Court
Northern District of New York

In Re:
    Debtor: Sondra E. Birch-Hilts aka    Social Security Number: XXX-XX--2860
    Sondra E. Birch
    Debtor: N/A    Social Security Number: XXX-XX—N/A

Chapter: 13

Employer's Tax Identification Number (if any):

Objection to Confirmation

Sheldon May & Associates, P.C.
Attorneys for Secured Creditor
Office and Post Office Address
255 Merrick Road
Rockville Centre, New York 11570
Telephone Number
(516) 763 - 3200